UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DIANA CAROLINA CORDOBA, individually and
On behalf of all others similarly situated,

                      Case No. 1:22-cv-05168-BMC

        Plaintiff,

  -against-                        **OFFER OF JUDGMENT**

LOS TRES POTRILLOS RESTAURANT BAR INC.,
and JUAN CARLOS LUNA, MARIO VALDEZ,
PEDRO LUNA AND YOLANDA VALDEZ, as
individuals,
        Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Defendants, Los Tres Potrillos Restaurant Bar Inc., Juan Carlos Luna, Pedro Luna, and Yolanda Valdez for the purpose of settling this lawsuit, and avoiding the costs and uncertainties of litigation, and though expressly denying liability and fault of any kind, and denying that plaintiff is entitled to damages, pursuant to Rule 68 of the Federal Rules of Civil Procedure ("FRCP"), make an offer of judgment to Plaintiff in the amount of Nineteen Thousand Dollars and no Cents ($19,000.00), which sum is inclusive of any and all costs now accrued, including interest, expenses, and fees, including attorney's fees.

      **TAKE FURTHER NOTICE** that, pursuant to the FRCP, within fourteen (14) days of the date of this offer, Plaintiff shall advise the undersigned, in writing via email, of the acceptance or rejection of this offer, and that failure to respond within that time shall be deemed a rejection.

Dated:  Garden City, New York
         November 15, 2022                    THE SIEGEL LAW FIRM, P.C.

                                                /s *Bradley R. Siegel*
                                                By: Bradley R. Siegel, Esq.
                                                591 Stewart Avenue, Suite 550
                                                Garden City, New York 11530
                                                T: (516) 558-7559
                                                F: (888) 315-8363
                                                Email: bradley@thesiegelawfirm.com

To:    L&D Law P.C.
        11 Broadway, Suite 615
        New York, NY 10004