UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DIANA CAROLINA CORDOBA, individually and
On behalf of all others similarly situated,

       Plaintiffs,      JUDGMENT

 v.               22-cv-05168-BMC

LOS TRES POTRILLOS RESTAURANT BAR INC.,
and JUAN CARLOS LUNA, MARIO VALDEZ,
PEDRO LUNA AND YOLANDA VALDEZ,
as individuals,

       Defendants.
----------------------------------------------------------------X

  A notice of acceptance of a Rule 68 Offer of Judgment having been filed on November 21, 2022; and defendants, Los Tres Potrillos Restaurant Bar Inc., Juan Carlos Luna, Pedro Luna, and Yolanda Valdez, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff in the amount of Nineteen Thousand Dollars and no Cents ($19,000.00), which sum is inclusive of any and all costs now accrued, including interest, expenses, and fees, including attorney's fees; and an Order having been filed on November 21, 2022, directing the Clerk of Court to enter judgment; it is

  ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff and against defendants, Los Tres Potrillos Restaurant Bar Inc., Juan Carlos Luna, Pedro Luna, and Yolanda Valdez in this action in the amount of Nineteen Thousand Dollars and no Cents ($19,000.00), which sum is inclusive of any and all costs now accrued, including interest, expenses, and fees, including attorney's fees.

Dated: Brooklyn, New York         Brenna B. Mahoney
    November 23, 2022         Clerk of Court

                 By: */s/Jalitza Poveda*
                    Deputy Clerk